UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
SEP 15 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Robert FRANKLIN
Name of plaintiff (s)

v.

State of TN,
Steve Finney
Lisa Rice
Name of defendant (s)

Case No. 2:23mc33
(to be assigned by Clerk)

McDonough/Wyrick

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

My Hippea Rights were violated because my Hospital Record were taken without my permission

2. Plaintiff, Robert FRANKLIN resides at 239 FRANKLIN Ln, Elizabethton
street address / city
Carter, TN, 37643, 423-361-2007
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Carter County Courthouse lives at, or its business is located at 100 Main Street, Elizabethton, Carter, TN, 37643.
   street address / city / county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

Same

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

My medical Records were used in court against me, they were retrieved without my permission my constitutional Rights were violated there is also included deflamation of character

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Correct the Record and be made whole

   b. UNspecified damages

   c.

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 15 day of September, 2023.

239 FRANKLin Ln
ELizAbethton, TN

Robert Franklin
Signature of plaintiff (s)

3