UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ROBERT FRANKLIN, | ) | |
| | ) | Case No. 2:23-cv-125 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| STATE OF TENNESSEE et. al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

On December 18, 2023, the Court ordered Plaintiff Robert Franklin to show cause for his failure to serve Defendants. (Doc. 3.) The Court put Plaintiff on notice that failure to show cause on or before January 5, 2024, would result in the dismissal of this action. (*Id*.) Plaintiff has not responded. Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**